**HOGAN LOVELLS CADWALADER US LLP**
Vassi Iliadis (Bar No. 296382)
James W. Ettinger (Bar No. 344292)
Jacobo Enrique Rueda Fernandez (Bar No. 349064)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hlc.com
jay.ettinger@hlc.com
jacobo.rueda@hlc.com

*Attorneys for Defendant*
Albertsons Companies, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON OLSON, on behalf of herself and all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> ALBERTSONS COMPANIES, INC., a Delaware corporation; and DOES 1-100, inclusive, <br><br> *Defendants*. | Case No. _____ <br><br> **DEFENDANT ALBERTSONS COMPANIES, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (L.R. 13-5))** <br><br> (County of Alameda Superior Court Case No. 26CV191145) <br><br> [*Defendant's Notice of Removal, Declaration in Support of Notice of Removal, and Corporate Disclosure Statement filed concurrently herewith*] |

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED
ENTITIES AND PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant Albertsons Companies, Inc., certifies that, as of this date and to the best of their knowledge, there is no conflict or interest (other than the named parties) to report.

Dated: July 16, 2026

Respectfully submitted,

HOGAN LOVELLS CADWALADER US LLP

By: /s/ *Vassi Iliadis*

    Vassi Iliadis (Bar No. 296382)
    James W. Ettinger (Bar No. 344292)
    Jacobo Enrique Rueda Fernandez (Bar No. 349064)
    1999 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    Tel: (310) 785-4600
    Fax: (310) 785-4601
    vassi.iliadis@hlc.com
    jay.ettinger@hlc.com
    jacobo.rueda@hlc.com

    *Attorneys for Defendant*
    Albertsons Companies, Inc.

2

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS