**HOGAN LOVELLS CADWALADER US LLP**
Vassi Iliadis (Bar No. 296382)
James W. Ettinger (Bar No. 344292)
Jacobo Enrique Rueda Fernandez (Bar No. 349064)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hlc.com
jay.ettinger@hlc.com
jacobo.rueda@hlc.com

*Attorneys for Defendant*
Albertsons Companies, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON OLSON, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>*Defendants.* | Case No. _____<br><br>**DEFENDANT ALBERTSONS COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1))**<br><br>(County of Alameda Superior Court Case No. 26CV191145)<br><br>[*Defendant's Notice of Removal, Declaration in Support of Notice of Removal, and Certification of Conflicts and Interested Entities or Persons filed concurrently herewith*] |

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

The undersigned certifies pursuant to Federal Rule of Civil Procedure 7.1 that Albertsons Companies, Inc. is a publicly traded corporation on the New York Stock Exchange under the ticker symbol ACI.  Albertsons Companies, Inc. has no parent corporation, and as of the date of this filing and to the best of its knowledge, no publicly-traded company owns at least 10% of the stock of Albertsons Companies, Inc.

Dated: July 16, 2026

Respectfully submitted,

HOGAN LOVELLS CADWALADER US LLP

By: /s/ *Vassi Iliadis*

Vassi Iliadis (Bar No. 296382)
James W. Ettinger (Bar No. 344292)
Jacobo Enrique Rueda Fernandez (Bar No. 349064)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hlc.com
jay.ettinger@hlc.com
jacobo.rueda@hlc.com

*Attorneys for Defendant*
Albertsons Companies, Inc.

HOGAN LOVELLS
CADWALADER
US LLP
ATTORNEYS AT LAW

2

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT